**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| FRANKLIN KINSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00007-NCC |
| | ) | |
| BILLY LOFLIN, TYLER WOMACK, and UNKNOWN DOBBS, | ) ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on its own motion. On April 5, 2023, the Court directed the Clerk of Court to issue process on defendants Billy Loflin, Tyler Womack, and Phillip Dobbs[1] in their individual capacities as to plaintiff's claims under the Eighth Amendment. (Docket No. 9). Defendants were served via the waiver agreement the Court maintains with the Missouri Attorney General's Office.

On April 21, 2023, Assistant Attorney General Lucina Diaz entered her appearance for defendants Loflin and Womack, and advised that they would waive service of process. (Docket No. 15; Docket No. 16). However, Assistant Attorney General Diaz informed the Court that she could not waive service for defendant Dobbs, because he was no longer employed by the Missouri Department of Corrections. (Docket No. 15). The Court will therefore order Assistant Attorney General Diaz to submit the last known home address for defendant Dobbs under seal and ex parte.

Accordingly,

---

[1] In the complaint, defendant Dobbs is identified as Unknown Dobbs. (Docket No. 1). Assistant Attorney General Diaz has indicated that defendant's first name is Phillip. (Docket No. 15).

**IT IS HEREBY ORDERED** that Assistant Attorney General Diaz is directed to submit the last known home address of defendant Phillip Dobbs to the Court, under seal and ex parte, no later than **twenty-one (21) days** from the date of this order.

Dated this 25th day of April, 2023.

    /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE